IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | |
|---|---|
| Tracy K. Rogers, | ) Civil Action No. 4:13-00945-TMC-TER |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| Carolyn W. Colvin, Acting Commissioner of Social Security, | ) |
| | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon consideration of Defendant's Unopposed Motion for Remand, the Court hereby REVERSES the Commissioner's decision in this matter and REMANDS the cause to the Defendant for further administrative proceedings pursuant to sentence four of § 205(g). *See Shalala v. Schaefer*, 509 U.S. 292 (1993).[1]

On remand, the agency will further evaluate the opinion evidence of Jyoti Math, M.D. The agency will also further evaluate Plaintiff's residual functional capacity and obtain vocational expert evidence if warranted.

**IT IS SO ORDERED**.

s/Timothy M. Cain
United States District Judge

October 28, 2013
Anderson, South Carolina.

---

[1] The Clerk of the Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.